```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
RAMON JAQUEZ on behalf of himself and all others                    :
similarly situated,                                                 :
                                                                    :
                           Plaintiff,                               :    21-cv-843 (LJL)
                                                                    :
        -v-                                                         :    ORDER
                                                                    :
TENAFLY IMPORTS, LLC,                                               :
                                                                    :
                           Defendants.                              :
                                                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2022

LEWIS J. LIMAN, United States District Judge:

      There is a jury trial scheduled in this matter for August 1, 2022 and a final pretrial conference scheduled for July 28, 2022. A proposed joint pretrial order was due on July 14, 2022, but the parties have not submitted one. It is hereby ORDERED that the conference currently scheduled for July 28, 2022 at 4:00 p.m. in Courtroom 15C is rescheduled to July 28, 2022 at 11:30 a.m. and shall proceed telephonically. The parties are directed to dial in to the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiff is warned that if he or his representative fails to attend the conference, the Court may dismiss the case for failure to prosecute.

      SO ORDERED.

Dated: July 22, 2022
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge